≊AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Eastern District of Arkansas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ALFONZO NEAL | ) | Case No:  4:05cr00261-01 JMM |
|  | ) | USM No: 23859-009 |
| Date of Previous Judgment: 7/31/2006 | ) | Bruce Eddy |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of   X  the defendant   ❒  the Director of the Bureau of Prisons   ❒  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ❒ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   __135 months__  months **is reduced to**   __120 months__  .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level:   __31__          Amended Offense Level:   __29__
Criminal History Category:   __III__       Criminal History Category:   __III__
Previous Guideline Range:   __135__ to __168__ months     Amended Guideline Range:   __120__ to __135__ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
X  The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒ Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated   __7/31/2006__   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   __June 26, 2008__                                          /s/ James M. Moody
                                                                                                      Judge's signature

Effective Date:  _____                    James M. Moody, United States District Judge
             (if different from order date)                                              Printed name and title